Mt

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Jesus Flores (2011-1121-001)

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

D. S. Hendrix

_____

_____

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**RECEIVED**

AUG 2 6 2016 DC

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Case No: 16 C 6612
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:   **AMENDED COMPLAINT**

✓ _____   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____   **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

    A. Name: Jesus Flores

    B. List all aliases: lil Jay or lil Jay Jay

    C. Prisoner identification number: 2011-1121-001

    D. Place of present confinement: Cook County Jail

    E. Address: P.O. Box 089002, Chicago, Ill 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: D.J. Hendrix

        Title: Correctional Officer

        Place of Employment: Cook County Jail

    B. Defendant: _____

        Title: _____

        Place of Employment: _____

    C. Defendant: _____

        Title: _____

        Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.  List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number: Parish v. Sheriff, 07-CV-4369

B.  Approximate date of filing lawsuit: 1-13-14

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: This was A class Action lawsuit. I Don't Know The other plaintiffs.

D.  List all defendants: Kenneth N. Flaxman Didn't inform me who's The Defendant, But I Assume it's on The medical Team of Cook county Jail.

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): I wasn't inform.

F.  Name of judge to whom case was assigned: I wasn't Told Any of This information. I asked But No Answers.

G.  Basic claim made: was Not Provided medication Within 24 Hours.

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): It's Still Pending.

I.  Approximate date of disposition: Again, Flaxman Dont Tell me much.

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On July 30th, 2015, I was currently housed on unit 1D, which at the time was The Hole. I was in cell 24. Only two cells supposed to be out per hour. So that's me and cell 1. While me and the Mexican (which we call him Raza) in cell 1 were out, Buckner in cell 11, called D.J. Hendrix to his door. They were talking for a minute then Hendrix let him out. Then a little later they came and locked us all up for a minute then just let me and Buckner out but not "Raza" in cell 1. Next thing I know, I'm getting beat bad. As of till now my shoulder is still dislacted. I feel like Buckner felt some type of way towards me and convince Hendrix to let him out. Why else would they be talk that long before Buckner came out?

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. Statement of Claim:

On July 30th, 2015, I was currently housed on unit 1D, which at the time was The Hole. I was in cell 24. Only two cells are supposed to be out per hour. So that's me and cell 1. While me and the mexican (which we call him Raza) in cell 1 were out, Buckner in cell 11 was threating to beat our ass while Hendrix was on Deck. Hendrix heard this while he was getting ready to leave, But Buckner called Hendrix to his Door. Hendrix went to Buckner's Door and they talked a little minute. Next thing I know He's opening his Door. Buckner is now out his cell when he's not supposed to be out. Then a little later, Hendrix's Partner, Walker, came back from wherever he was at (which he Didn't hear the threat) and was sent by Hendrix to lock us up because my commisary was coming from a Different Deck (which never did come) then later only let me and Buckner out. While I was getting beat, inmates said Hendrix just stood and watched yelling "ok, That's enough. Get off him."

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

\* Plaintiff seeks compensatory Damages of $20,000,000.
\* Plaintiff seeks Punitive Damages of $20,000,000.
\* Plaintiff seeks The courts ~~The courts~~ To Award Plaintiff The compensation He seek and any other Damage This Honorable Court may Feel Deem To Award Plaintiff.

VI.  The plaintiff demands that the case be tried by a jury.  ☑ YES  ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 11th day of Aug, 20 16

_Jesus Flores_
(Signature of plaintiff or plaintiffs)

Jesus Flores
(Print name)

2011-1121-001
(I.D. Number)

Cook county Jail
P.O. Box 089002
Chicago, Ill 60608
(Address)